UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ESTER SANCHES-NAEK,<br>RASHID HAMID<br>ABDUL NAEK HAMID | ) | |
| Plaintiffs, | ) | CIVIL ACTION NO. ( ) |
| v. | ) | JURY TRIAL DEMANDED |
| TAP PORTUGAL INCORPORATED | ) | |
| Defendant. | ) | NOVEMBER 9, 2016 |

COMPLAINT

Plaintiffs, Ester Sanches-Naek, Rashid Hamid and Abdul Hamid Naek (a minor) by and through their Attorneys Jacobs, Walker, Rice & Barry, LLC for their Complaint against the Defendant, TAP PORTUGAL INCORPORATED (TAP), state as follows:

JURISDICTION

1. Jurisdiction is based on 28 U.S.C. §1331 and §1343(a) and principles of pendent and supplemental jurisdiction.

PARTIES

2. At all relevant times hereto, the Plaintiffs Ester Sanches-Naek ("Ester"), her husband Rashid Hamid ("Rashid") and their minor son, Abdul Hamid Naek ("Abdul") resided at 164 Dockerel Road, in the County of Tolland and State of Connecticut.

3. At all relevant times hereto, the Defendant, TAP was registered with the State of New Jersey as a Domestic profit corporation, having an office and place of business located at 263 Lafayette Street, Newark, New Jersey 07105.

JACOBS, WALKER, RICE & BARRY, LLC
146 MAIN STREET • P.O. BOX 480 • MANCHESTER, CT 06045-0480

JACOBS, WALKER, RICE & BARRY, LLC
146 MAIN STREET • P.O. BOX 480 • MANCHESTER, CT 06045-0480

## STATEMENT OF FACTS

4. On or about July 28, 2016, the Plaintiffs booked airplane reservations with the Defendant for three (3) round trip tickets to travel from John F. Kennedy International Airport (JFK) to Lisbon, Portugal, departing on August 3, 2016 at 11:30 pm EST (TAP flight 208). The flight to Lisbon was to be the initial leg of the Plaintiffs' summer vacation excursion that subsequently included a connecting flight from Lisbon to Casablanca, Morocco (TAP flight 1923), visiting several other destinations by ground travel, and returning by air from Porto, Portugal to Lisbon (TAP flight 209), then back to JFK on August 14, 2016. In conjunction with this excursion, the Plaintiffs had prepaid for multiple hotel reservations and for ground transportation to and from each airport, each hotel, and each destination they were scheduled to visit. Copy of the Travel Itinerary attached hereto as **EXHIBIT A**.

5. Plaintiffs are frequent and experienced fliers, who routinely fly around the world for both business and pleasure. Ester is a former representative of the Ministry of Foreign Relations of Brazil and travels to and from her native Brazil at least once a month. Ester holds "Black Card" status with LATAM Airlines-Brazil. Plaintiff Rashid is a highly respected businessman, who owns and operates several successful companies in Connecticut. All of the Plaintiffs are holders of Global Entry Passports. *See* copies attached hereto as **EXHIBIT B**.

6. Because Rashid and Abdul were flying first class and Ester holds the elite "Black Card" status, Plaintiffs were invited and granted access by Defendant TAP to enjoy one (1) complimentary beverage in TAP's VIP Lounge in the terminal prior to the departure of their flight.

7. While in the Defendant's VIP lounge, the Plaintiffs Ester and Rashid were each served one (1) complimentary wine beverage by a Defendant TAP employee. At no time thereafter prior to boarding the airplane, did any of the Plaintiffs drink any other alcoholic beverages and none of them were intoxicated.

8. All three of the Plaintiffs entered the airplane together. Immediately upon boarding the airplane, Ester proceeded to her assigned seat in "Economy Class" - Seat 8D, which is the first row of the Economy Class section of the airplane, while her husband Rashid and son Abdul proceeded to their seats which were located in "Business Class", a/k/a "First Class" - Seats 2A and 2D. *See* copies of Boarding Passes, attached hereto as **EXHIBIT C**.

9. After Ester had placed her carry-on item in the overhead compartment, she realized that she was still carrying Rashid and Abdul's boarding passes and passports. Recognizing that they might need these documents immediately, and as Seat 8D was located only one (1) row away from the First Class Section of the airplane, Ester proceeded toward the front of the airplane in order to give Rashid and Abdul their travel documents and to help them with placing their carry-on baggage in the overhead compartments.

10. As Ester was advancing toward Rashid and Abdul's seats, she overheard and observed a male TAP flight attendant rudely and loudly berating and screaming at Plaintiffs Rashid and Abdul. When Ester attempted to ascertain why the male flight attendant was screaming at her elderly husband and minor child and before she could explain why she was in First Class, the male flight attendant began screaming at Ester,

JACOBS, WALKER, RICE & BARRY, LLC
146 MAIN STREET • P.O. BOX 480 • MANCHESTER, CT 06045-0480

ordering her to return back to the Economy Class section of the airplane and called Global Security ("Global").

11. When the Global Security officer arrived, he advised Plaintiffs to disembark from the airplane. While Plaintiffs were waiting to retrieve their luggage in the terminal, Defendant summoned the Port Authority Police Department (PAPD) and five (5) police officers arrived in the terminal. The PAPD determined that they had been misinformed by the Defendant and that there was no legitimate reason for the Defendant to have summoned the police.

12. As a result of the aforesaid actions of the Defendant, the Plaintiffs missed their flight to Lisbon and all of their subsequent connecting flights, and their summer vacation excursion was completely ruined.

JACOBS, WALKER, RICE & BARRY, LLC
146 MAIN STREET • P.O. BOX 480 • MANCHESTER, CT 06045-0480

COUNT ONE
(INTENTIONAL MISREPRESENTATION)

13. Plaintiffs repeat and re-allege each and every allegation contained above as if fully set forth therein.

14. Defendant made several false representations as statements of fact on the airplane, on the Jetway, and in the JFK airport terminal, including but not limited to, statements that the Plaintiffs were highly intoxicated, were engaging in aggressive and abusive conduct and posed a security threat.

15. Defendant made false representations as statements of fact to the Global Security officer on the airplane, on the Jetway, and in the JFK airport terminal, including but not limited to, statements that the Plaintiffs were highly intoxicated, were engaging in aggressive and abusive conduct and posed a security threat.

16. Defendant made false representations as statements of fact to the PAPD

in the JFK airport terminal, including but not limited to, statements that the Plaintiffs were highly intoxicated, were engaging in aggressive and abusive conduct and posed a security risk.

17. Defendant made the false statements and misrepresentations intentionally, as a result of an improper racial animus, improper racial profiling and/or racial targeting, in order to hinder, obstruct and prevent the Plaintiffs from taking TAP flight 208, and in violation and deprivation of the rights and privileges afforded under the Constitution and the Laws of the State of Connecticut.

18. As a result, Plaintiffs suffered pecuniary harm in the amount of its Damages, plus attorney's fees and costs.

JACOBS, WALKER, RICE & BARRY, LLC
146 MAIN STREET • P.O. BOX 480 • MANCHESTER, CT 06045-0480

COUNT TWO
(NEGLIGENCE)

19. Plaintiffs repeat and re-allege each and every allegation contained above as if fully set forth therein.

20. Defendant owed a duty to Plaintiffs to exercise reasonable care in the treatment of its passengers, including the Plaintiffs and in determining in good faith, whether Plaintiffs were in fact highly intoxicated and/or acting aggressively and posing a security threat before making such accusations publicly and before contacting Global Security to have them removed from the airplane.

21. Defendant owed a duty to Plaintiffs to exercise reasonable care in the treatment of its passengers, including the Plaintiffs and in determining in good faith, whether the Plaintiffs were in fact highly intoxicated and/or acting aggressively and posing a security threat prior to summoning the PAPD to the terminal.

22. Defendant breached its duty to exercise the reasonable care it owed to Plaintiffs as passengers, in violation of *Conn. Gen. Stat.* §52-272h.

23. As a result of the aforesaid breach of the duty to exercise reasonable care, the Plaintiffs suffered damages.

COUNT THREE
(LIBEL - DEFAMATION OF CHARACTER)

24. Plaintiffs repeat and re-allege each and every allegation contained above as if fully set forth therein.

25. The Defendant's rude behavior, conduct and treatment of the Plaintiffs, and its untrue accusations that Plaintiffs were highly intoxicated, acting aggressively and posing a security threat, were witnessed and heard by the other passengers who were on the airplane.

26. The Defendant's false accusations and misrepresentation of facts concerning the Plaintiffs to Global on the airplane and in the Jetway, were also heard by other passengers that were in the Jetway and in the process of boarding the airplane.

27. The Defendant's false accusations and misrepresentations of facts to the PAPD in the JFK airport terminal were heard by people in and around the Terminal and the JFK Airport.

28. Defendant's false accusations, misstatements, misinformation and misrepresentations were published verbally, and caused damage to Plaintiffs' reputations in violation of *Conn. Gen. Stat.* §52-237.

29. As a result of Defendant's libelous and defamatory statements, the Plaintiffs suffered damages.

JACOBS, WALKER, RICE & BARRY, LLC
146 MAIN STREET • P.O. BOX 480 • MANCHESTER, CT 06045-0480

COUNT FOUR
(SLANDER)

30. Plaintiffs repeat and re-allege each and every allegation contained above as if fully set forth therein.

31. Defendant's misstatements, misinformation and misrepresentations were stated verbally to Plaintiffs, Global and the PAPD and as such, constitute slander.

32. As a result of the Defendant's slanderous remarks, the Plaintiffs suffered damages.

COUNT FIVE
(MALICIOUS PROSECUTION)

33. Plaintiffs repeat and re-allege each and every allegation contained above as if fully set forth therein.

34. By summoning the PAPD to the JFK airport terminal, by falsely accusing the Plaintiffs of being highly intoxicated, aggressive and posing a security threat, and by providing the PAPD with such misinformation, Defendant initiated a criminal proceeding against the Plaintiffs.

35. This proceeding was initiated by Defendant with malice and in the absence of probable cause, in violation of *Conn. Gen. Stat.* §52-584.

36. As the result of the aforesaid malicious conduct by the Defendant, Plaintiffs suffered damages.

COUNT SIX
(DISCRIMINATORY PRACTICES AND TREATMENT)

37. Plaintiffs repeat and re-allege each and every allegation contained above as if fully set forth therein.



JACOBS, WALKER, RICE & BARRY, LLC
146 MAIN STREET • P.O. BOX 480 • MANCHESTER, CT 06045-0480

38. Plaintiff Ester was born in Brazil and is a member of a protected class, based on her race, color, national origin, ancestry and gender. Plaintiff Ester was discriminated against by the Defendant on the basis of her race, color, national origin, ancestry and gender, and in violation of her civil rights under the laws of the State of Connecticut and under 28 U.S.C. §§1981 and 1983.

39. Plaintiff Rashid was born in Pakistan on September 22, 1940, and as such, is a member of a protected class based on his race, national origin, ancestry, and on the basis of his Muslim religion. Plaintiff Rashid was discriminated against by the Defendant on the basis of his race, national origin, ancestry and religion, in violation of his civil rights under the laws of the State of Connecticut and under 28 U.S.C. §§1981 and 1983.

40. Plaintiff Abdul, a minor, is a member of a protected class based on his race, ancestry, and on the basis of his Muslim religion and was discriminated against by the Defendant on the basis of his race, ancestry and religion, in violation of his civil rights under the laws of the State of Connecticut and under 28 U.S.C. §§1981 and 1983.

41. Defendant engaged in repeated acts of discrimination, improper racial profiling and/or racial targeting, in that the Plaintiffs are members of the protected class as aforesaid and as such, are entitled to equal rights and privileges under state and federal law.

42. Said conduct by Defendant was intentional, willful and malicious and/or done with reckless disregard of Plaintiffs' civil rights under state and federal law.

JACOBS, WALKER, RICE & BARRY, LLC
146 MAIN STREET • P.O. BOX 480 • MANCHESTER, CT 06045-0480

43. As a direct and proximate result of Defendant's unlawful and discriminatory conduct in violation of their civil rights, Plaintiffs have suffered and continue to suffer monetary and/or economic damages.

44. As a direct and proximate result of Defendant's unlawful and discriminatory conduct in violation of their civil rights, Plaintiffs suffered and continue to suffer severe mental anguish and emotional distress, including but not limited to depression, humiliation, embarrassment, stress and anxiety, loss of self-esteem and self-confidence, emotional pain and suffering, and damages to their personal and professional reputations.

45. Defendant's unlawful and discriminatory conduct constitutes an intentional, malicious, willful and wanton violation of Plaintiffs' civil rights, for which Plaintiffs are further entitled to an award of punitive damages.

## COUNT SEVEN
## (ELDER ABUSE)

46. Plaintiffs repeat and re-allege each and every allegation contained above as if fully set forth therein.

47. Plaintiff Rashid is over the age of 70 and Defendant not only failed to properly accommodate him based upon his advanced age, but the rude and abusive conduct toward Rashid by the Defendant's male flight attendant, further constitutes elder abuse and exploitation of the elderly in violation of the provisions of *Conn. Gen. Stat.* §17b-450 *et. seq*.

48. As a result of the Defendant's violations of *Conn. Gen. Stat.* §17b-450 *et. seq*., Rashid suffered damages.



JACOBS, WALKER, RICE & BARRY, LLC
146 MAIN STREET • P.O. BOX 480 • MANCHESTER, CT 06045-0480

COUNT EIGHT
(BREACH OF CONTRACT)

49. Plaintiffs repeat and re-allege each and every allegation contained above as if fully set forth therein.

50. Plaintiffs, while located within the State of Connecticut, purchased three (3) airline e-tickets from the Defendant, thereby establishing a contractual relationship with the Plaintiffs to *inter alia* transport them to their stated destinations, as set forth on the e-tickets.

51. By virtue of their contractual relationship with the Plaintiffs, Defendant had a duty to transport them to their intended destination of Lisbon, Portugal on TAP flight 208, as well as on their connecting flights.

52. Plaintiffs failed, neglected and refused to transport the Plaintiffs in accordance with the terms of their agreement, thereby breaching its agreement and contractual duty with the Plaintiffs, in violation of *Conn. Gen. Stat.* §52-576.

53. As a result of the aforesaid breach, the Plaintiffs have suffered Damages.

COUNT NINE
(VIOLATION OF THE IMPLIED COVENANT
OF GOOD FAITH AND FAIR DEALING)

54. Plaintiffs repeat and re-allege each and every allegation contained above as if fully set forth therein.

55. By removing the Plaintiffs from the airplane as aforesaid, the Defendant failed, neglected and refused to fulfill its duty to act in good faith with regard to its carrying out its contractual obligation to transport the Plaintiffs on TAP flight 208 as well as on their connecting flights.

56. Defendant further engaged in conduct with intent to mislead, deceive and

JACOBS, WALKER, RICE & BARRY, LLC
146 MAIN STREET • P.O. BOX 480 • MANCHESTER, CT 06045-0480

misrepresent facts in order to hinder and prevent Plaintiffs from taking TAP flight 208 as well as their connecting flights.

57. As a result of the aforesaid conduct by the Defendant, Plaintiffs suffered Damages.

COUNT TEN
(INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS)

58. Plaintiffs repeat and re-allege each and every allegation contained above as if fully set forth therein.

59. The aforesaid conduct by the Defendant's employees, agents and servants was intentional, malicious, extreme and outrageous, and done for the purpose of causing Plaintiffs to suffer humiliation, mental anguish and emotional and physical distress.

60. The further conduct of the Defendant in confirming and ratifying the conduct of its employees, agents, servants was done with knowledge that the Plaintiffs' emotional and physical distress would thereby increase and was done with a wanton and reckless disregard of the consequences to Plaintiffs.

COUNT ELEVEN
(NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS)

61. Plaintiffs repeat and re-allege each and every allegation contained above as if fully set forth therein.

62. Plaintiffs allege that Defendant knew or should have known that its rude, abusive, libelous, slanderous, malicious, improper and discriminatory treatment would cause Plaintiffs to suffer severe emotional distress, mental anguish, humiliation and embarrassment.

JACOBS, WALKER, RICE & BARRY, LLC
146 MAIN STREET • P.O. BOX 480 • MANCHESTER, CT 06045-0480

63. As a proximate result of the conduct of the Defendant and the consequences proximately caused by it as alleged above, the Plaintiffs suffered severe emotional distress.

JACOBS, WALKER, RICE & BARRY, LLC
146 MAIN STREET • P.O. BOX 480 • MANCHESTER, CT 06045-0480

JACOBS, WALKER, RICE & BARRY, LLC
146 MAIN STREET • P.O. BOX 480 • MANCHESTER, CT 06045-0480

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs prays for relief and judgment against the Defendant TAP Portugal, Incorporated as follows:

a. Compensatory damages, including, economic damages, mental anguish, emotional distress, humiliation and embarrassment;

b. Statutory Punitive damages for all intentional or reckless conduct,

c. Common Law Punitive damages;

d. Interest and costs;

e. Attorney's fees;

f. Such other relief as the court deems appropriate.

## JURY DEMAND

Plaintiffs hereby demand a trial by jury on all triable issues.

Dated: November 9, 2016

Respectfully submitted,
JACOBS, WALKER, RICE & BARRY, LLC

By: /s/ Maria K. Tougas
Maria K. Tougas (Fed. Bar No. CT 04556)
146 Main Street
P.O. Box 480
Manchester, CT 06045
Telephone: (860) 646 0121
Facsimile: (860) 645 6229
mtougas@jwrb.com
*Attorney for the Plaintiffs.*

# EXHIBIT

# A

KEY TOURS INTERNATIONAL, INC.
11096 B LEE HWY, STE 103
FAIRFAX, VA 22030
UNITED STATES OF AMERICA
TELEPHONE: 703 591-3550

AGENT: SG BOOKING REF: ZLAI64
DATE: 28 JULY 2016

HAMID/RASHID MR
NAEK/ABDUL HAMID MR
NAEK/ESTER SANCHES MRS

FLIGHT TP 1453 - TAP PORTUGAL WED 10 AUGUST 2016

---

DEPARTURE: MARRAKECH, MA (MENARA), TERMINAL 1 10 AUG 02:10P
ARRIVAL: LISBON, PT (AIRPORT), TERMINAL 1 10 AUG 04:15P
FLIGHT BOOKING REF: TP/ZLAI64 LAST CHECK IN TIME: 12:40P
RESERVATION CONFIRMED, ECONOMY (Y) DURATION: 02:05

---

| | | |
|---|---|---|
| | BAGGAGE ALLOWANCE: | 1PC |
| | SEAT: | 02B CONFIRMED FOR HAMID/RASHID MR |
| | SEAT: | 02C CONFIRMED FOR NAEK/ABDUL HAMID MR |
| | SEAT: | 02D CONFIRMED FOR NAEK/ESTER SANCHES MRS |
| | MEAL: | MEAL |
| NON STOP | MARRAKECH TO LISBON | |
| | OPERATED BY: | WHITE AIRWAYS S.A., WI |
| | EQUIPMENT: | AEROSPATIALE/ALENIA ATR 72 |

FLIGHT(S) CALCULATED AVERAGE CO2 EMISSIONS IS 78.10 KG/PERSON
SOURCE: ICAO CARBON EMISSIONS CALCULATOR
http://www.icao.int/environmental-protection/CarbonOffset/Pages/default.aspx

FLIGHT TICKET(S)

---

TICKET: TP/ETKT 047 7892113363 FOR HAMID/RASHID MR
TICKET: TP/ETKT 047 7892113364 FOR NAEK/ABDUL HAMID MR
TICKET: TP/ETKT 047 7892113365 FOR NAEK/ESTER SANCHES MRS

GENERAL INFORMATION

---

CHECK YOUR TRIP ONLINE
https://www.checkmytrip.com/CMTServlet?R=ZLAI64&L=US&N=HAMID
https://www.checkmytrip.com/CMTServlet?R=ZLAI64&L=US&N=NAEK

KEY TOURS INTERNATIONAL, INC.
11096 B LEE HWY, STE 103
FAIRFAX, VA 22030
UNITED STATES OF AMERICA
TELEPHONE: 703 591-3550

AGENT: SG BOOKING REF: ZLGHIN
DATE: 28 JULY 2016

HAMID/RASHID MR
NAEK/ABDUL HAMID MR
NAEK/ESTER SANCHES MRS

FLIGHT TP 208 - TAP PORTUGAL WED 03 AUGUST 2016

---

DEPARTURE: NEW YORK, NY (JOHN F KENNEDY INTL), TERMINAL 5 03 AUG 11:30P
ARRIVAL: LISBON, PT (AIRPORT), TERMINAL 1 04 AUG 11:30A
FLIGHT BOOKING REF: TP/ZLGHIN
RESERVATION CONFIRMED, ECONOMY (K) DURATION: 07:00

BAGGAGE ALLOWANCE: 1PC
SEAT: 30C CONFIRMED FOR HAMID/RASHID MR
SEAT: 30D CONFIRMED FOR NAEK/ABDUL HAMID MR
SEAT: 30E CONFIRMED FOR NAEK/ESTER SANCHES MRS
MEAL: SNACK/BREAKFAST
NON STOP NEW YORK, NY TO LISBON
OPERATED BY: TAP PORTUGAL, TP
EQUIPMENT: AIRBUS INDUSTRIE A330-200

FLIGHT TP 1442 - TAP PORTUGAL THU 04 AUGUST 2016

---

DEPARTURE: LISBON, PT (AIRPORT), TERMINAL 1 04 AUG 04:35P
ARRIVAL: CASABLANCA, MA (MOHAMMED V), TERMINAL 1 04 AUG 06:15P
FLIGHT BOOKING REF: TP/ZLGHIN LAST CHECK IN TIME: 03:35P
RESERVATION CONFIRMED, ECONOMY (K) DURATION: 01:40

BAGGAGE ALLOWANCE: 1PC
SEAT: 02A CONFIRMED FOR HAMID/RASHID MR
SEAT: 02B CONFIRMED FOR NAEK/ABDUL HAMID MR
SEAT: 02C CONFIRMED FOR NAEK/ESTER SANCHES MRS
MEAL: MEAL
NON STOP LISBON TO CASABLANCA
OPERATED BY: WHITE AIRWAYS S.A., WI
EQUIPMENT: AEROSPATIALE/ALENIA ATR 72

FLIGHT TP 1923 - TAP PORTUGAL SUN 14 AUGUST 2016

---

DEPARTURE: PORTO, PT (FRANCISCO SA CARNEIRO) 14 AUG 12:50P
ARRIVAL: LISBON, PT (AIRPORT), TERMINAL 1 14 AUG 01:45P
FLIGHT BOOKING REF: TP/ZLGHIN LAST CHECK IN TIME: 11:50A
RESERVATION CONFIRMED, ECONOMY (W) DURATION: 00:55

BAGGAGE ALLOWANCE: 1PC
NON STOP PORTO TO LISBON
OPERATED BY: PORTUGALIA, NI
EQUIPMENT: EMBRAER 190

FLIGHT TP 209 - TAP PORTUGAL SUN 14 AUGUST 2016

---

DEPARTURE: LISBON, PT (AIRPORT), TERMINAL 1 14 AUG 05:00P
ARRIVAL: NEW YORK, NY (JOHN F KENNEDY INTL), TERMINAL 5 14 AUG 08:00P
FLIGHT BOOKING REF: TP/ZLGHIN LAST CHECK IN TIME: 04:00P
RESERVATION CONFIRMED, ECONOMY (W) DURATION: 08:00

---

BAGGAGE ALLOWANCE: 1PC
SEAT: 26D CONFIRMED FOR HAMID/RASHID MR
SEAT: 26E CONFIRMED FOR NAEK/ABDUL HAMID MR
SEAT: 26F CONFIRMED FOR NAEK/ESTER SANCHES MRS
MEAL: DINNER/BREAKFAST
NON STOP LISBON TO NEW YORK, NY
OPERATED BY: TAP PORTUGAL, TP
EQUIPMENT: AIRBUS INDUSTRIE A330-200

FLIGHT(S) CALCULATED AVERAGE $CO_2$ EMISSIONS IS 712.27 KG/PERSON
SOURCE: ICAO CARBON EMISSIONS CALCULATOR
http://www.icao.int/environmental-protection/CarbonOffset/Pages/default.aspx

FLIGHT TICKET(S)

---

TICKET: TP/ETKT 047 7892113357-58 FOR HAMID/RASHID MR
TICKET: TP/ETKT 047 7892113359-60 FOR NAEK/ABDUL HAMID MR
TICKET: TP/ETKT 047 7892113361-62 FOR NAEK/ESTER SANCHES MRS

HTTPS://BAGS.AMADEUS.COM?R=Z LGHIN&N=HAMID
HTTPS://BAGS.AMADEUS.COM?R=ZL GHIN&N=NAEK

GENERAL INFORMATION

---

CHECK YOUR TRIP ONLINE
https://www.checkmytrip.com/CMTServlet?R=ZLGHIN&L=US&N=HAMID
https://www.checkmytrip.com/CMTServlet?R=ZLGHIN&L=US&N=NAEK

# EXHIBIT
# B


GLOBAL ENTRY
Surname/Nom de famille/Apellido
NAEK
Given Name/Prénom/Nombre
ABDUL HAMID
Gender/Genre/Género Citizen/Citoyenneté/Ciudadanía
M USA
Date of Birth/Date de naissance/Fecha de nacimiento
01 JUL 1999
Expiration Date/Date d'expiration/Expira el
01 JUL 2018
Issuing Country/Pays d'émission/País de emisión
USA


GLOBAL ENTRY
Surname/Nom de famille/Apellido
HAMID RASHID
Given Name/Prénom/Nombre
RASHID-HAMID
Gender/Genre/Género Citizen/Citoyenneté/Ciudadanía
M USA
Date of Birth/Date de naissance/Fecha de nacimiento
22 SEP 1940
Expiration Date/Date d'expiration/Expira el
22 SEP 2018
Issuing Country/Pays d'émission/País de emisión
USA


GLOBAL ENTRY
Surname/Nom de famille/Apellido
ESTER SANCHES-NAEK
Given Name/Prénom/Nombre
ESTER PEREIRA
Gender/Genre/Género Citizen/Citoyenneté/Ciudadanía
F USA
Date of Birth/Date de naissance/Fecha de nacimiento
13 DEC 1965
Expiration Date/Date d'expiration/Expira el
13 DEC 2018
Issuing Country/Pays d'émission/País de emisión
USA

Date of Issue/Date de délivrance/
Fecha de expedición
10 OCT 2013
PASSID/Numéro d'identification
**982957967** **SC329**

820610910
B02
7
**102967622**

IGUSA1029676227982957967<<<<<<
6512138F1812132USA<<<<<<<<<<<0
ESTER<SANCHES<NAEK<<ESTER<<<<<

Date of Issue/Date de délivrance/
Fecha de expedición
05 FEB 2013
PASSID/Numéro d'identification
**982957957** **SC260**

B19906797
B02
5
**102364837**

IGUSA1023648374982957957<<<<<<
4009229M1809222USA<<<<<<<<<<<3
HAMID<RASHID<<RASHID<<<<<<<<<<

Date of Issue/Date de délivrance/
Fecha de expedición
05 FEB 2013
PASSID/Numéro d'identification
**982958020** **SC853**

B19908076
B02
0
**102364516**

IGUSA1023645166982958020<<<<<<
9907010M1807011USA<<<<<<<<<<<9
NAEK<<ABDUL<<<<<<<<<<<<<<<<<<<

# EXHIBIT

# C

**BOARDING PASS:**

TAP PORTUGAL
A STAR ALLIANCE MEMBER

FLIGHT NO: TP208
BOARDING TIME: 23:00
GATE: 30
SEAT: 8D

NAME: NAEK/ESTER SANCHES
FROM: NEW YORK/JFK
TO: LISBON/LIS

CLASS: Y
DATE: 03AUG
ZONE:

BRND BASIC

ETKT 047789211336101

SEQUENCE NO: 175

TAP PORTUGAL
A STAR ALLIANCE MEMBER

ZONE:
CLASS: SEAT: Y 8D

NAEK/ESTER SANCHES
TP 208 03AUG
FROM: NEW YORK/JFK
TO: LISBON/LIS

DEPARTURE TIME: 23:30
UA FDX28371
1/17KG
SEQUENCE NO: 175
ETKT 047789211336101

**BOARDING PASS:**

TAP PORTUGAL
A STAR ALLIANCE MEMBER

FLIGHT NO: TP1442
BOARDING TIME: 15:55
GATE: 41A
SEAT: 2C

NAME: NAEK/ESTER SANCHES
FROM: LISBON/LIS
TO: CASABLANCA/CMN

CLASS: Y
DATE: 04AUG
ZONE:

BRND BASIC

ETKT 047789211336102

SEQUENCE NO: 32

TAP PORTUGAL
A STAR ALLIANCE MEMBER

ZONE:
CLASS: SEAT: Y 2C

NAEK/ESTER SANCHES
TP 1442 04AUG
FROM: LISBON/LIS
TO: CASABLANCA/CMN

DEPARTURE TIME: 16:35
UA FDX28371

SEQUENCE NO: 32
ETKT 047789211336102

# BOARDING PASS:

TAP PORTUGAL
A STAR ALLIANCE MEMBER

| FLIGHT NO: | BOARDING TIME: | GATE: | SEAT: | ZONE: | CLASS: SEAT: |
|---|---|---|---|---|---|
| TP208 | 23:00 | 30 | 2G | | C 2G |

NAME: HAMID/RASHID MR
FROM: NEW YORK/JFK
TO: LISBON/LIS

CLASS: C
DATE: 03AUG
ZONE:

BRND BASIC

ETKT 047789211335701

SEQUENCE NO: 176

TAP PORTUGAL
A STAR ALLIANCE MEMBER

HAMID/RASHID MR
TP 208 03AUG
FROM: NEW YORK/JFK
TO: LISBON/LIS

DEPARTURE TIME: 23:30
UA NU077524
2/38KG
SEQUENCE NO: 176
ETKT 047789211335701

# BOARDING PASS:

TAP PORTUGAL
A STAR ALLIANCE MEMBER

| FLIGHT NO: | BOARDING TIME: | GATE: | SEAT: | ZONE: | CLASS: SEAT: |
|---|---|---|---|---|---|
| TP1442 | 15:55 | 41A | 2A | | Y 2A |

NAME: HAMID/RASHID MR
FROM: LISBON/LIS
TO: CASABLANCA/CMN

CLASS: Y
DATE: 04AUG
ZONE:

BRND BASIC

ETKT 047789211335702

SEQUENCE NO: 33

TAP PORTUGAL
A STAR ALLIANCE MEMBER

HAMID/RASHID MR
TP 1442 04AUG
FROM: LISBON/LIS
TO: CASABLANCA/CMN

DEPARTURE TIME: 16:35
UA NU077524
2/38KG
SEQUENCE NO: 33
ETKT 047789211335702

**BOARDING PASS:**

TAP PORTUGAL
A STAR ALLIANCE MEMBER

TAP PORTUGAL
A STAR ALLIANCE MEMBER

FLIGHT NO: TP208
BOARDING TIME: 23:00
GATE: 30
SEAT: 2D
ZONE:
CLASS: SEAT: C 2D

NAME: NAEK/ABDUL HAMIDMR
FROM: NEW YORK/JFK
TO: LISBON/LIS

CLASS: C
DATE: 03AUG
ZONE:

NAEK/ABDUL HAMIDMR
TP 208 03AUG
FROM: NEW YORK/JFK
TO: LISBON/LIS

BRND BASIC

DEPARTURE TIME: 23:30
UA FDX28389
1/23KG

ETKT 047789211335901

SEQUENCE NO: 174

SEQUENCE NO: 174
ETKT 047789211335901

**BOARDING PASS:**

TAP PORTUGAL
A STAR ALLIANCE MEMBER

TAP PORTUGAL
A STAR ALLIANCE MEMBER

FLIGHT NO: TP1442
BOARDING TIME: 15:55
GATE: 41A
SEAT: 2B
ZONE:
CLASS: SEAT: Y 2B

NAME: NAEK/ABDUL HAMIDMR
FROM: LISBON/LIS
TO: CASABLANCA/CMN

CLASS: Y
DATE: 04AUG
ZONE:

NAEK/ABDUL HAMIDMR
TP 1442 04AUG
FROM: LISBON/LIS
TO: CASABLANCA/CMN

BRND BASIC

DEPARTURE TIME: 16:35
UA FDX28389
1/23KG

ETKT 047789211335902

SEQUENCE NO: 31

SEQUENCE NO: 31
ETKT 047789211335902