**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| **ESTER SANCHES-NAEK, ET AL.,** | ) | |
| **Plaintiffs,** | ) | |
| **v.** | ) | **Case No. 3:16-CV-01843-VAB** |
| **TAP PORTUGAL,** | ) | |
| **Defendant.** | ) | **January 20, 2017** |

## DEFENDANT TAP PORTUGAL'S MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(6)

Defendant TAP Portugal hereby respectfully moves the Court to dismiss the Complaint of Plaintiffs Ester Sanches-Naek, Rashid Hamid, and Abdul Naek Hamid in its entirety with prejudice for failure to state a claim upon which relief may be granted pursuant to 12(b)(6) of the Federal Rules of Civil Procedure.

For the reasons set forth in the accompanying memorandum of law, all of Plaintiffs' claims are preempted by an international treaty, the Montreal Convention.[1] The Montreal Convention exclusively governs claims arising in the course of international air carriage, including embarkation, meaning that Plaintiffs' claims must be brought under the terms of the Montreal Convention or not at all. Because the Montreal Convention applies to the incident Plaintiffs allege here, Plaintiffs' common law and statutory-based claims are preempted. Furthermore, because Plaintiffs do not and cannot successfully assert claims under the terms of

[1] Convention for the Unification of Certain Rules for International Carriage by Air, S. Treaty Doc. No. 106-45, T.I.A.S. No. 13038, 1999 WL 33292734 (May 28, 1999).

the Montreal Convention, their Complaint must be dismissed in its entirety with prejudice.

In addition to preemption under the Montreal Convention, Plaintiffs' claims sounding in tort are also expressly preempted by the Airline Deregulation Act, 49 U.S.C. § 41713(b).

WHEREFORE, for all of the reasons set forth above and in the accompanying memorandum of law, TAP respectfully requests that Plaintiffs' Complaint be dismissed in its entirety.

Respectfully submitted,

DEFENDANT,
TAP PORTUGAL

By: /s/ *Brian J. Wheelin*
Brian J. Wheelin, Esq. (ct26823)
ROBINSON & COLE LLP
1055 Washington Blvd.
Stamford, CT 06901-2249
Tel. No.: (203) 462-7500
Fax No.: (203) 462-7599
Email: bwheelin@rc.com

Carol Gosain, Esq.
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, N.W.
Washington, DC 20036
Tel. No.: (202) 429-6461
Fax No.: (202) 261-0614
Email: cgosain@steptoe.com
*Admitted Pro Hac Vice*

William Karas, Esq.
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, N.W.
Washington, DC 20036
Tel. No.: (202) 429-6223
Fax No.: (202) 429-3902
Email: wkaras@steptoe.com
*Admitted Pro Hac Vice*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 20, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and it shall be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

*/s/ Brian J. Wheelin*